IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HENRY JAY HORDEMAN,

    Plaintiff,

v.  Case No. 1:18cv70-MW/GRJ

U. S. DEPARTMENT OF
EDUCATION, et al.,

    Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 5, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on May 21, 2018.**

                                                                s/ MARK E. WALKER
                                                               **United States District Judge**